

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

**THE UNKNOWN HEIRS OF TOMASA GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of Time to file their Reply Brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court